# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0167
LT Case No. 2022-CF-011042-A

_____

DETRICH L. SMITH,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Detrich L. Smith, Live Oak, pro se.

No Appearance for Respondent.

March 25, 2025

PER CURIAM.

  DISMISSED. *See Smith v. State,* 394 So. 3d 772 (Fla. 5th DCA 2024).

KILBANE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____